IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANEIRO ROBERTS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-3304 |
| FEDERAL HOME LOAN CORPORATION (FREDDIE MAC), *et al.*, | § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of today's date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on March 30, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　United States District Judge